UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANCE GRIFFIN,

    Plaintiff,

v.                                              Case No.:  2:22-cv-607-JLB-KCD

GALEANA CHRYSLER JEEP,
INC.,

    Defendant.
_____/

## ORDER

Plaintiff Lance Griffin moves to compel updated discovery responses from Defendant Galeana Chrysler Jeep, Inc. (Doc. 36.)[1] Plaintiff's motion is opposed, but the Court need not await a response to dispose of it. For the reasons below, the motion is denied.

The problem for Griffin is simple—his request is untimely. Discovery closes on December 1, 2023. (*See* Doc. 25.) The Middle District of Florida Discovery Handbook[2] requires the completion of discovery and resolution of issues related to discovery prior to the deadline. *Oil Consulting Enter., Inc. v. Hawker Beechcraft Glob. Customer Support, LLC*, No. 8:16-CV-3453-T-24AEP,

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

[2] The Discovery Handbook is binding on the parties here. (*See* Doc. 25 at 2.)

2017 WL 7355128, at *1 (M.D. Fla. Dec. 21, 2017). A motion to compel that will not be briefed before discovery ends, as here, "certainly does not allow sufficient time to resolve the matter prior to the close of discovery." *Action Nissan, Inc. v. Hyundai Motor Am.*, No. 6:18-CV-380-ORL-78EJK, 2020 WL 9173023, at *1 (M.D. Fla. Apr. 7, 2020).

Griffin has also moved to extend the discovery deadline. (*See* Doc. 35.) If discovery is reopened, he can (and should) refile his motion to compel. But until that occurs, this discovery dispute is a nonstarter. *See, e.g., Gov't Emps. Ins. Co. v. Merced*, No. 8:20-CV-802-KKM-AAS, 2022 WL 218485, at *1 (M.D. Fla. Jan. 25, 2022).

Accordingly, it is **ORDERED**:

Plaintiff's Motion to Compel (Doc. 36) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida this November 21, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2